No. 5561. LILLY v. RUNDLE, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Motion for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded to the United States Court of Appeals for the Third Circuit with directions to reinstate appeal in conformity with suggestions filed by respondent.

No. 5958. IRVIN v. UNITED STATES. C. A. 9th Cir. Petition for writ of certiorari dismissed. Case and record referred to the United States Court of Appeals for the Ninth Circuit for further consideration in accordance with suggestion contained in the memorandum filed by the Solicitor General.

No. 338. BLONDER-TONGUE LABORATORIES, INC. v. UNIVERSITY OF ILLINOIS FOUNDATION ET AL. C. A. 7th Cir. [Certiorari granted, *ante*, p. 864.] Motion of Automatic Electric Co. for leave to file a brief as *amicus curiae* granted. Motions of Automatic Electric Co. and American Patent Law Assn. for leave to participate in oral argument as *amici curiae* denied. Motion of petitioner for additional time for oral argument denied.

No. 5257. LABINE, TUTRIX v. VINCENT, ADMINISTRATOR. Appeal from Sup. Ct. La. [Probable jurisdiction noted, *ante*, p. 817.] Motion of Center on Social Welfare Policy & Law for leave to file a brief as *amicus curiae* granted. Joint motion to substitute Wilbur Vincent in place of Simon Vincent, deceased, as party appellee granted.